IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEPTALIA PADILLA AND VALENTIN FARIAS, | § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. 3:16-cv-02941-B |
| v. | § § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND RYAN HOHLIER, | § § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

Plaintiffs, Neptalia Padilla and Valentin Farias, and Defendants, Allstate Fire and Casualty Insurance Company and Ryan Hohlier (the "Parties"), have reached a settlement in this case. The Parties anticipate that they will finalize the settlement in the next 30 days, and that they will submit an Agreed Stipulation of Dismissal with Prejudice by April 30, 2018, or as otherwise directed by the Court.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:  */s/ R. Tate Gorman*
  R. Tate Gorman
  State Bar No. 24032360
  Roger D. Higgins
  State Bar No. 09601500, IL 6182756
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8248
Facsimile: (214) 871-8209
E-Mail: tgorman@thompsoncoe.com

E-Mail: rhiggins@thompsoncoe.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, a true and correct copy of the foregoing was forwarded to Plaintiffs' counsel of record listed below in accordance with Rule 5 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Gregory F. Cox | Brian P. Lauten |
| MOSTYN LAW | DEANS & LYONS, LLP |
| 3810 West Alabama Street | Republic Center |
| Houston, Texas 77027 | 325 North Saint Paul St., Ste. 1500 |
| (713) 714-1111 (Facsimile) | Dallas, Texas 75201 |
| gfcdocketefile@mostynlaw.com | (214) 965-8505 (Facsimile) |
| | blauten@deanslyons.com |

*/s/ R. Tate Gorman*
R. Tate Gorman

**NOTICE OF SETTLEMENT- Page 2**
5967945v1
03647.997